**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  Kemp Carter                    Case No.:    22-11246

                                       Chapter:     13

    Debtor(s)

### CERTIFICATE OF SERVICE

I, Sharon S. Masters, attorney for Debtor, Kemp Carter, do hereby certify that on this date I served true and correct copies of the Amended Voluntary Petition correcting the last four digits of Debtor's social security number upon the U.S. Trustee and the Chapter 13 Standing Trustee electronically and on the following by first-class mail, postage prepaid:

**Kemp N. Carter**
2655 S. Massey Street
Philadelphia, PA 19142

**REBECCA ANN SOLARZ**
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA  19106

Philadelphia Gas Works
800 W Montgomery Ave
Philadelphia Pa,19122
Attn: Bankruptcy Dept 3Fl

Pamela Thurmond
City of Philadelphia Law Dept.
1401 JFK Blvd. 5th Fl
Philadelphia, PA  19102

Progressive
c/o Credit Collection
POB 728
Norwood, MA  02062

Selective Portfolio
9 37 South West Temple Ste S.
Salt Lake City, UT  84115

Nationwide Insurance
c/o Credit Collection
POB 728
Norwood, MA  02062

SPEC Energy
c/o Southwest Credit
3415 Inteernational Pkwy., Ste 03300
Carrolton, TX  75229

Internal Revenue Service
POB 7346
Philadelphia, PA 19101

Water Revenue Bureau
c/o City of Philadelphia Law Department
Tax & Revenue Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102/15/7

EDPA
POB 869
Sioux Falls, SD  57339

The Bank of New York Mellon. Trustee, et al
c/o Select Portfolio Servicing, Inc.PO.
Box 65250
Salt Lake City, UT  84165/2450

Orion (Verizon) c/o PRA Receivables
Management LLC PO Box 41021
Norfolk, VA  23541

/s/ Sharon S. Masters, Esq.
Sharon S. Masters, Esq.
Attorney for Debtor

Dated: 5/29/2022