-

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNNSYLVANIA

| | |
|---|---|
| IN RE: Kemp Carter | : CHAPTER 13 |
| Debtor | : NO. 22-11246 |

**ORDER**

AND NOW, this ___ day of June, 2022, it is hereby ORDERED that the Motion for Extension of Time to File Schedules and Other Documents is GRANTED.  Debtor shall have until June 7, 2022 to file all documents necessary to complete the case.

**Date: June 1, 2022**

_____

J.