B2030 (Form 2030) (12/15)

## United States Bankruptcy Court for the Eastern District of Pennsylvania

In re: Kemp N. Carter                          : Chapter 13

    Debtor                                  : Case No. 22-11246

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

    1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . $1,500.00

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . .$ 600.00

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 900.00

    2. The source of the compensation paid to me was: Debtor

    3. The source of compensation to be paid to me is: Debtor

    4. I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether and how to remain in the filed bankruptcy;

        b. Preparation and filing of any schedules, statements of affairs and plan which may be required;

        c. Representation of the debtor at the confirmation hearing, and any adjourned hearings thereof.

    6. Applicant requests reimbursement of expenses in the amount of $0.00 for the following: None.

    7. By agreement with the debtor(s), the above-disclosed fee does not include the following services: Representation of the Debtor with respect to any contested matter, adversary proceeding or

otherwise except as listed above and any other matter not specifically listed in Paragraph 5. The fee for any such legal services will be billed at $150.00 per hour.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

THE LAW OFFICE OF SHARON S. MASTERS

/s/ Sharon S. Masters, Esq.

Attorney for Debtor

Date:6/22/2022