Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 22-11246-AMC**

Kemp N. Carter  
2655 S. Massey Street  
Philadelphia  PA    19142

Petition Filed Date: 05/16/2022  
341 Hearing Date: 07/22/2022  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

***There were no receipts posted to this case for the time period selected***

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHARON S MASTERS ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING INC »» 001 | Mortgage Arrears | $19,799.16 | $0.00 | $0.00 |
| 2 | PHILADELPHIA GAS WORKS »» 02S | Secured Creditors | $257.49 | $0.00 | $0.00 |
| 3 | PHILADELPHIA GAS WORKS »» 02U | Unsecured Creditors | $127.64 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $280.00 |
| Paid to Claims: | $0.00 | Arrearages: | $560.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $17,490.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.