*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kemp N. Carter

    Debtor(s)

Case No: 22−11246−amc

Chapter: 13

___

### NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why this case should not be dismissed for failure to pay the first, second & third installment payment for a total amount of $240.00 will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court on

9/7/22 at 11:00 AM , in HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003 .

For The Court

Timothy B. McGrath
Clerk of Court

Dated: August 19, 2022