UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                : 
                                                                        Chapter  13
                                                                     :
  22-11246-amc Kemp N. Carter
                                                                     :
         Debtor(s)
                                                                     :

**ORDER**

AND NOW,  it is

1.*(✓)   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )   ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )   ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( )   ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )   ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED,  and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )   ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

**Date: September 7, 2022**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

* Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm