United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 22-11246-amc |
|---|---|
| Kemp N. Carter | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 07, 2022 | Form ID: pdf900 | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kemp N. Carter, 2655 S. Massey Street, Philadelphia, PA 19142-2128 |
| 14692880 | + | KML Law Group, 701 Market St. Suite 5000, Philadelphia, PA 19106CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 14692877 | | PECO Energy, c/o Southwest Credit, 4129 International Pkwy, Ste. 1100, Carrollton, TX 75007 |
| 14692873 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14692889 | + | The Bank of New York Mellon as Trustee, for CWABS, Inc. Asset-Backed, Certificates, Series 2007-2, c/o BRIAN CRAIG NICHOLAS, 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 07 2022 23:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 07 2022 23:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14692879 | | Email/Text: megan.harper@phila.gov | Sep 07 2022 23:53:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14692878 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 07 2022 23:53:00 | Internal Revenue Service, POB 7346, Philadelphia, PA 19101-7346 |
| 14692876 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 07 2022 23:53:00 | Nationwide Insurance, c/o Credit Collection, POB 607, Norwood, MA 02062-0607 |
| 14691435 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 08 2022 00:00:29 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14691665 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 08 2022 00:00:12 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692874 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 07 2022 23:53:00 | Progressive, c/o Credit Collection, POB 607, Norwood, MA 02062-0607 |
| 14692875 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 07 2022 23:53:00 | Selective Portfolio, 3815 South West Temple St., Salt Lake City, UT 84115-4412 |
| 14692881 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 07 2022 23:53:00 | The Bank of New York Mellon, Trustee, et al, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14706003 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Sep 07 2022 23:53:00 | The Bank of New York Mellon, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 11

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 07, 2022 | Form ID: pdf900 | Total Noticed: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14692882 | *+ | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 09, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2007-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2007-2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHARON S. MASTERS | on behalf of Debtor Kemp N. Carter shmasters@hotmail.com  G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                             :
                                                  :   Chapter  13
                                                  :
  22-11246-amc Kemp N. Carter                     :
                                                  :
       Debtor(s)                                  :
                                                  :

**ORDER**

AND NOW,  it is

1.*(✓)   ORDERED that since we find that the debtor(s) have failed to pay the prescribed filing fee in full within the requisite time period, this case, be, and the same hereby is, DISMISSED.

2.*( )   ORDERED that since we find that the debtor(s)' have failed to propose a plan, this case be, and the same hereby is, DISMISSED

3.*( )   ORDERED that sine we find that the debtor(s) have failed to file a feasible plan, this case be and the same hereby is, DISMISSED.

4.*( )   ORDERED that since we find that the debtor(s) have failed to attend the hearing mandated under 11 U.S.C. Sec.341 and have failed to attend the hearing to explain their absence at the Sec. 341 hearing, this case be and the same hereby is, DISMISSED.

5.*( )   ORDERED that since the debtor(s) have failed to prosecute this case or to file timely their required documents, this case be, and the same hereby is, DISMISSED,  and within ten days of the entry of this order, debtor's counsel shall submit a master list of creditors and, as required by Bankruptcy Rule 2016 (b), an itemized statement of attorney's fees unless current versions of both these documents are on file with the Clerk.

6.*( )   ORDERED that since we find material failure to comply with the terms of a confirmed plan under 11 U.S.C. Sec. 1307 (c)(6) this case be, and the same hereby is, DISMISSED.

**Date: September 7, 2022**

_____
ASHELY M. CHAN
United States Bankruptcy Judge

*  Each numbered paragraph of this order is operative only if the box next to the number designating that paragraph is checked.

b3.frm